AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  July 9, 2008 |
| NAME OF SERVER *(PRINT)*  Madeline R. Vaughan | TITLE  Legal Assistant, Berry & Berry PLLC |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:   501 3rd Street, N.W.
    Washington, D.C. 20001
 Gary Nails, docket clerk, 4:35 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  Taxi | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 9, 2008
                      *Date*                          *Signature of Server*

1990 M Street, NW, Suite 610
*Address of Server*
Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.