AO 440 (Rev. DC - September 2003) Summons in a Civil Action

CLERK
US DISTRICT & BANKRUPTCY
COURTS

# UNITED STATES DISTRICT COURT
## District of Columbia

AM 8: 53

RECEIVED

HIRAM VEGA,
2296 Sansbury Drive
Chesapeake Beach, MD 20752

SUMMONS IN A CIVIL CASE

V.

HENRY M. PAULSON, JR.,
SECRETARY
U.S. DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220,

C

Case: 1:08-cv-00415
Assigned To : Bates, John D.
Assign. Date : 3/10/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

HENRY M. PAULSON, JR.,
SECRETARY
U.S. DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Berry, Esq.
LAW FIRM OF JOHN BERRY, PLLC
1990 M. Street, N.W. Ste. 610
Washington, DC 20036
(202) 955-1100

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         MAR 10 2008

CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC- September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE July 9, 2008 |
| NAME OF SERVER (PRINT) Madeline R. Vaughan | TITLE Legal Assistant, Berry & Berry PLLC |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
Chris Furey at 5:20 PM
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Taxi — $11 | — | $11 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 9, 2008          *[signature]*
                 Date                   Signature of Server

1990 M Street, NW, Suite 610
Address of Server

Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.