AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

HIRAM VEGA,
2296 Sansbuery Drive
Chesapeake Beach, MD 20752

**SUMMONS IN A CIVIL CASE**

V.

HENRY M. PAULSON, JR,
SECRETARY
U.S. DEPARTMENT OF THE THREASURY
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

CASE NUMBER: 08-CV-415 JDB

TO: (Name and address of Defendant)

United States Attorney Jeffrey A. Taylor
555 4th Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Berry, Esq.
LAW FIRM OF JOHN BERRY, PLLC
1990 M Street, N.W. Suite 610
Washington, D.C. 20036
(202) 955-1100

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK _[signature]_                                    DATE _[stamp]_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  July 10, 2008 |
| NAME OF SERVER (PRINT)  Madeline R. Vaughan | TITLE  Legal Assistant, Berry & Berry PLLC |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 501 3rd St. NW, Washington DC 20036
   Reginald Rowan at 4:05 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL  Taxi | SERVICES | TOTAL  $10 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 10, 2008
                     Date

*Signature of Server*

1990 M Street, NW, Suite 610
*Address of Server*

Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.