UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HIRAM VEGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-415 (JDB) |
| | ) |
| HENRY M. PAULSON, JR., | ) |
| as and in his capacity of | ) |
| Secretary of the Treasury, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) July 28, 2008 |

## NOTICE OF APPEARANCE

The Court will please enter the appearance of the undersigned as counsel for Plaintiff Hiram Vega in the above-captioned case. His counsel of record, John Berry, is simultaneously withdrawing his appearance, with the consent of Mr. Vega.

Respectfully submitted,

  /s/ Alan Banov_____
ALAN BANOV #95059
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20910
301-588-9699; fax:  301-588-9698
abanov@banovlaw.com
Attorney for Plaintiff

Case 1:08-cv-00415-JDB    Document 8    Filed 07/30/2008    Page 2 of 2
2

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, copies of the foregoing Notice of Appearance were served by first-class mail, postage-prepaid, upon the following:

>Jeffrey A. Taylor, Esq.
>United States Attorney
>555 4th Street, N.W.
>Washington, D.C.  20530
>
>Jeffrey S. Bucholtz, Esq.
>Acting Assistant Attorney General
>Civil Division
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>
>John Berry, Esq.
>Berry & Berry PLLC
>1990 M Street, N.W., Suite 610
>Washington, D.C.  20036

   /s/  Alan Banov
ALAN BANOV