UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HIRAM VEGA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRY M. PAULSON, JR., )<br>SECRETARY )<br>)<br>Defendant. )<br>) | Case No. 1:08-CV-00415 (JDB)<br><br>Honorable John D. Bates |

NOTICE OF WITHDRAWAL
OF APPEARANCE OF COUNSEL
PURSUANT TO LCvR 83.6 (b)

COMES NOW, counsel John V. Berry, Esq. for Plaintiff Hiram Vega, pursuant to United States District Court for the District of Columbia Local Rule (LCvR) 83.6 (b), and provides notice of a change in counsel for Plaintiff in this case. The Clerk of the Court is respectfully requested to kindly withdraw the appearance of John V. Berry, Esq. and in light of the entry of appearance of Alan Banov, Esq., as counsel for Plaintiff Hiram Vega in this case. Plaintiff Vega has chosen Mr. Banov to represent him as counsel in Case No. 1:08-CV-00415 (JDB).

**Date**: July 30, 2008          Respectfully Submitted,


                                 _____/s/_____

                                 John V. Berry
                                 D.C. Bar # 460531
                                 BERRY & BERRY, P.L.L.C.
                                 1990 M Street, N.W. Suite 610
                                 Washington, D.C. 20036
                                 Tel: (202) 955-1100

1

SIGNATURE OF OUTGOING COUNSEL PURSUANT TO LCvR 83.6(b)

Date: 8/1/08

*[signed]* John V. Berry, Esq.

SIGNATURE OF PARTY REPRESENTED PURSUANT TO LCvR 83.6(b)

Date: 7/31/08

*[signed]* Plaintiff, Hiram Vega

2